USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: May 17, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Albert Soto,

                Plaintiff,

—v—

Armstrong Realty Management Corp. and Mark Massey,

                Defendants.

15 Civ. 9283 (AJN)(JCF)

ORDER

ALISON J. NATHAN, District Judge:

    Before the Court is Judge Francis's Report & Recommendation ("R & R") recommending that, after an entry of default judgment against the Defendants, the Plaintiff be awarded $141,910.09 in unpaid wages, liquidated damages, attorneys' fees and costs, and prejudgment interest. See Dkt. No. 33.

    When considering the findings and recommendations of a magistrate judge, the Court may "accept, reject, or modify [them], in whole or in part." 28 U.S.C. § 636(b)(1). The Court must make a *de novo* determination of any portions of a magistrate's report or findings to which a party raises an objection, and reviews only for "clear error on the face of the record" when

1

there are no objections to the R & R. *Brennan v. Colvin*, No. 13-CV-6338 (AJN) (RLE), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015); *see also Hicks v. Ercole*, No. 09–cv–2531 (AJN) (MHD), 2015 WL 1266800, at *1 (S.D.N.Y. Mar. 18, 2015); *Gomez v. Brown*, 655 F.Supp.2d 332, 341 (S.D.N.Y. 2009). Clear error is found only when, upon review of the entire record, the Court is left with "the definite and firm conviction that a mistake has been committed." *Laster v. Mancini*, No. 07–CV–8265 (DAB) (MHD), 2013 WL 5405468, at *2 (S.D.N.Y. Sept. 25, 2013) (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).

Objections to Judge Francis's R & R were due by January 4, 2017. *See* Dkt. No. 33 at 15. As of May 16, 2017, no objections have been filed. The Court thus reviews the R & R for clear error, and finds none. The Court therefore adopts the R & R in its entirety and enters judgment against Defendants for the amounts stated in Judge Francis's R & R.

SO ORDERED.

Dated: May 17, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2